IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01087-BNB

JOSHUA R. KENYON

    Plaintiff,

v.

EL PASO COUNTY SHERIFF'S DEPT.,
DEPUTY GLEN BOARMAN, and
SHERIFF TERRY MAKITA,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 3 0 2010

GREGORY C. LANGHAM
CLERK

## ORDER

In response to Mr. Kenyon's request asserted in the Notice of Change of Address that he filed on June 29, 2010, the arrangements for the initial or for monthly payments are an inmate's responsibility and will not be deducted automatically from the inmate's account. Title 28 U.S.C. § 1915(b)(2) requires that a prisoner "make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account," provided the prisoner's account exceeds $10.00. This provision requires the prisoner to make the payment at the time his account is credited, before the prisoner engages in other, discretionary spending of that income. ***Harris v. Colorado Dept. of Corrections***, 2000 WL 33193816, at *1 (D. Colo. Dec. 19, 2000).

Furthermore, Mr. Kenyon is directed to make his monthly payments by the **15th day** of **each** month and without any further notice from or order of the Court. Mr. Kenyon also is directed either to make the required monthly payment for each preceding month or to file a certified copy of his inmate trust fund account statement for

the preceding month demonstrating that he has no assets and no means by which to make the monthly payment. Accordingly, it is

ORDERED that Mr. Kenyon is directed to comply with this Order as set forth above. It is

FURTHER ORDERED that Mr. Kenyon still is required to pay the initial partial filing fee of $16.00 within thirty days of the Minute Order entered on June 8, 2010. It is

FURTHER ORDERED that if within the time allowed Mr. Kenyon fails to have the designated initial partial filing fee or monthly payments sent to the Clerk of the Court or to show cause as directed above why he has no assets and no means by which to pay the designated initial partial filing fee or make the monthly payments, the Prisoner Complaint will be dismissed without further notice.

DATED at Denver, Colorado, this 30th day of June, 2010.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01087-BNB

Joshua R. Kenyon
Prisoner No 150069
CMC/ACC
P.O. Box 300
Cañon City, CO 81215-0300

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/30/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk