# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01087-BNB

JOSHUA R. KENYON,

      Plaintiff,

v.

EL PASO CO. SHERIFF'S DEPT.,
DEPUTY GLEN BOARMAN, and
SHERIFF TERRY MAKITA,

      Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's motion for appointment of counsel (Doc. No. 7) is DENIED as premature.  Plaintiffs "Application for Relief" (Doc. No. 8) will be construed as a supplement to the complaint.

Dated:  July 2, 2010

---